■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN THREADGILL, Appellant.—Judgment of the County Court, Suffolk County (Vaughn, J.), rendered February 13, 1985, affirmed (see, People v Kazepis, 101 AD2d 816). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.